**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DARYL A. ROYSTER,
      Plaintiff,

vs.                          Case No. 3:06cv565/MCR/EMT

STATE OF FLORIDA, et al.,
       Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 6, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's claims against the State of Florida are **DISMISSED** for lack of jurisdiction.

    3.    Plaintiff's claims for equitable relief against the Child Support Enforcement Division of the Florida Department of Revenue and all hearing officers presiding over child support enforcement matters are **DISMISSED** with prejudice on <u>Younger</u> abstention grounds.

4.      Plaintiff's claims for monetary relief against the Child Support Enforcement Division of the Florida Department of Revenue are **DISMISSED** on the basis of Eleventh Amendment immunity, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

5.      Plaintiff's claims for monetary relief against hearing officers presiding over child support enforcement matters involving him are **DISMISSED** with prejudice on the basis of judicial immunity, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

6.      Plaintiff's claims against Walter Steigleman and Michelle Ekenskin are **DISMISSED** with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 14th day of February, 2007.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**